# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-689-RJC-DCK

| | |
|---|---|
| DAVID ABRAHAM CARMELY, and MICHAL BARAMI CARMELY, ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To Offer Expert Testimony" (Document No. 45) filed February 3, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To Offer Expert Testimony" (Document No. 45) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendant's previous designation of Dr. Shaun D. Carstairs is allowed;

2. Plaintiffs' previous rebuttal designation of Dr. Andrew Ewen is also allowed; and

3. The parties may offer these experts at the trial of this matter subject to the requirements of Rule 26 of the Federal Rules of Civil Procedure and other rules or orders of this Court.

**SO ORDERED**.

Signed: February 6, 2023

David C. Keesler
United States Magistrate Judge