# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| David Abraham Carmely<br>Michal Barami Carmely**,** | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 3:20-cv-00689-RJC-DCK |
| vs. | ) <br> ) | |
| United States of America**,** | ) <br> ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2023 Order.

April 13, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court